Minute Order Form (06/97)

Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 91 C 2092 | DATE | 5/10/2000 |
| CASE TITLE | Alexander Binzel, et al vs. Nu-Tecsys Corporation, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Minute order of 3/23/00 is hereby amended to include award of $1,039,861.00 to Defendants as prejudgment interest, the amount stipulated by the parties. The court notes that this Stipulation is without prejudice to Plaintiffs' objections to the judgment on the merits, not to Plaintiffs' objections to the amount of the damages award.

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | |
| | No notices required. | 5 number of notices | Document Number |
| ✓ | Notices mailed by judge's staff. | MAY 1 1 2000 date docketed | |
| | Notified counsel by telephone. | | |
| | Docketing to mail notices. | S.B. docketing deputy initials | 330 |
| | Mail AO 450 form. | | |
| | Copy to judge/magistrate judge. | 5/10/2000 date mailed notice | |
| ETV | courtroom deputy's initials | ETV6 | |
| | Date/time received in central Clerk's Office | mailing deputy initials | |